```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**ROBERT BARBERA,**

                    Plaintiff,        20-cv-1619 (JGK)

     - against -                <u>ORDER</u>

**CHRISTIAN SIRIANO HOLDINGS LLC,**

                    Defendant.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by May 8, 2020.

**SO ORDERED.**

**Dated:   New York, New York**
           **April 23, 2020**        /s/ John G. Koeltl
                                         **John G. Koeltl**
                                **United States District Judge**